ROBERT STORY JR.

6005 HAMILTON DR.

RIVERSIDE, CA 92506

940-735-7802

No Fax

No E-mail



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT THE STATE OF CALIFORNIA

**EDCV19-01219 JGB(SPx)**

Case No.:

ROBERT STORY JR.,

    Plaintiff

           Vs.

BEST WAY TRANSPORTATION INC; BRETT

WITT; SONJA WITT; MATT DILLON

    Defendent

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

IFP

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**
**Jury Trial Demanded**
**COMPLAINT FOR DAMAGES**
**1. RACIAL DISCRIMINATION(42 U.S. CODECHAPTER21-CIVIL RIGHTS), 2. WRONGFUL TERMINATION (29 U.S. CODE 158. UNFAIR LABOR PRACTICES) 3. NEGLIGENCE(19 U.S. CODE SS 1592-PENALIES FOR FRAUD, GROSS NEGLIGENCE, AND NEGLIGENCE U.S. CODE. US LAW) 4. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS(18 U.S. CODE 2340 UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA 3470 12th St, Riverside, CA 92501**

### I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

### II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the plaintiff

CIVIL COMPLAINT

- 1 -

*Bestway Transportation for Peterbuilt, in Denton, Texas*

*Robert Story:  My position - CDL driver*

*Yogi:  Lead Supervisor, Operations Manager, Master Mechanic and Accident Scene Investigator*

*Jeff Inman:  Safety Manager*

*Randy:  Night Shift Supervisor/CDL Driver*

*Tommy Rager:  Co Worker/CDL Driver*

*Robert:*

*I started work at Bestway in April, 2016.  In my position, I shuttled trailers  from point A to point B and from point B, back to point A.  In my position, that is what was done in an 8 hour day.  My shift instructions started at 2:30PM-11:00PM.*

*In my position, I had to leave Peterbuilt's property, travel about 300-400 yards and back, to shuttle my trailers. About 200 yards of the total yards traveled was a one lane road, that was well traveled for truck drivers and employees at Peterbuil*  `   ` *DC's in that area; Target, Winco Foods and a fe*.  `   ` *companies as well. It is a very dangerous hwy to travel.*

*Without being instructed, I arrived at 2PM, everyday.  We had a set  pay scale that did not allow me to be compensated for*

1

*coming in 30 minutes early, which was fine by me. This allowed me to stay on top of my job, by seeing that everything that I needed to do, was in order for my shift to run smooth and not get backed up with trailers. My Lead Supervisor, Yogi (white male) never said a word about me coming in early in the 5 months of working there.*

*I really enjoyed my job, never late, nor did I miss a scheduled day of work and I thought my work and extra efforts were appreciated by management.*

*Early April, 2016, my first day on the job, I had an encounter with my night shift supervisor, Randy. I was in my truck, about 2 hours into my shift. Randy climbed on the passenger side of my truck and asked: "Do you have wire snips?" I responded: "Yes." He said: "Where did you get them from?" I said:: "They were already in the truck, when I got in it." With a bad attitude, Randy said: "Let me see them." He looked them over. He gave me a cold, hard stare, dropped the wire snips in the passenger seat, climbed off my truck and walked away. Being a supervisor, he never introduced himself or told me who he was, but just approached me in this manner of accusation and negativity. Being my first day on the job, I thought that was unusual and made me feel uncomfortable. (He is a white male.)*

*A couple of hours later, I met my co worker, Tommy Rager, (white male) who flagged me down and told me who he was. He came across as a "cool" person, from the vibe that I got from him. I told him what happened with Randy. He told me straight out: "Randy is an "old school" racist, "Klan type red neck. Stay away from him, if possible. If you need any help or have any questions, let me know, I've been here almost 5 years, just*

2

as long as he has."

Tommy also told me that wire snips, (which are absolutely necessary for the job) were taken by the person who was fired. My first day on the job, he took them from Randy's truck, because Randy was the cause of him being terminated.

In this positionat this job, there is very little conversation, if any; because we are constantly moving. The drivers would acknowledge each other with a hand gesture or a simple nod of the head, as we crossed paths throughout the shift, except for Randy. There are only 3 of us on the PM shift and one part time person, who I saw once in awhile, for the   months's that I was employed. He was also a (white male) named Brian the a nice guy.

Except for the issue with Randy, about the wire snips, in April; everything was fine. I had no issues or complaints from management or complaints from co workers to management, about my work performance or attitude, until mid August. I was outside of my truck, locking up to shuttle a trailer off grounds to a company called Orbis, that's my to and from run; when Randy drove up, stopped and got out of his vehicle, to inform me of a situation that happened on the AM shift, involving a co worker, also named Robert .(white male)

I was told of the incident by the safety manager, Jeff Inman, (white male) when I arrived for my shift. I was told by Jeff that Robert, the AM driver, was driving too fast while making a turn at Orbis and flipped a trailer on it's side. The safety manager informed me to make sure I'm cautious of my speed at all times. I said: "Will do."

3

*I was approached by Randy, later that day, while getting ready to hook up to a trailer. He asked me did I know what happened and I said: "Yes, Robert was drivung too fast and flipped a trailer on it's side, while making a turn." Randy responded with an angry tone: "He wasn't driving too fast, the trailer was faulty, you need to know what you are talking about, before you start talking about someone." In the same tone as his, I said: "That's what I was told." He paused and gave me a cold stare and I did the same right back. He turned and started walking to the rear of the trailer. As he was walking, he said: "Come here, I need to show you something." Him, being the night shift supervisor, I followed. He showed me a clamp that all trailers must have on both sides of the trailer chassis, that won't allow that type of incident to occur. He said: "It's your responsibility to check every time you lock up to shuttle a trailer, just like you would check the tail lights and tires. We started back toward the front of the trailer and he asked me what I thought about Obama, being in office. I knew where he was going with that question, I responded: "Other than it being a historical event, I'm not into politics, no matter who's in office." He then made a comment about Latinos and his dislike of them, him, not knowing that my son is of Latin descent, I was disturbed by his remark. I then asked him: "What do you think about the Black Lives Matter Movement?" He said, without hesitation: "I think Black Lives Matter is a joke. Black leaders are using BLM, to make money. Blacks don't care about Blacks. That's why they kill each other!" In a high pitched tone, I said: "What?" We stared at each other for about a 3 or 4 second count and I turned away, got in my truck, left the trailer; drove off grounds to Orbis, to get my thoughts together. I parked at Orbis, for*

4

*about 10-15 minutes, then drove back to Peterbuilt's property to find Tommy and tell him what Randy said. I flagged Tommy. He drove up to my driver's side window, next to his. I told him what Randy had said. Tommy said: "What did I tell you on your first day on the job? He is very racist! That's why I told you to stay away from him, if possible!" I said: "I remember. I think I am going to file a complaint, with Yogi, tomorrow." Tommy said: "Yogi and Randy are best friends. That's how Randy got the job. Why do you think he is the supervisor? You're new. It's a lot of things you don't know, that's why I said to stay away from him."*

*I asked: "What about the owner?" He said: "The owner and Yogi were close friends. When he died, Yogi started running the company. That's why his wife never sold the business and when the son became of age, he became the president and the mom became vice-president. So, who can you complain to? Don't let it get to you. Everything has been cool, up to this point. Keep doing what you've been doing. You're a good worker, you come early every day, don't get paid for it, and you haven't missed any days. Just keep doing your job and stay away from him. So, I let it go and everything went back to peaceful, until 8/22/16.*

*On 8/22/16, I informed Yogi that my glasses were damaged and I needed to get them repaired, before I came to work. It would have taken only 5 minutes to replace the screw that held the stem in place. I would still have been on time, as usual, but instead, he assumed that I was trying to get out of working and terminated me.*

*Never had I been late or missed a day of work in the time that I*

5

*had been there. I immediately called the main office, to inform them that I was terminated due to my glasses being damaged and by law, I am not allowed to drive without corrective lenses; as stated on my license. I asked for a letter of termination stating the reason for my termination. About 15 minutes later, Yogi called my phone. I did not answer the call, because I was upset about the accusation. He left me a voice message, saying that I was not terminated and I needed to get my glasses repaired, before I return to work.*

*My intentions were to go to work at my usual time, 2:00 o'clock, ( 30 minutes early, since day one on the job and not get paid, ) go on my lunch break and get them repaired. My vision is not impaired in daylight hours, only at night, without my glasses.*

*My fiance' and I had one car. She would come home for lunch, take me to work, which was only 7-8 minutes from home, drop me off and return to her job. At the end of her day, she would pick me up for lunch around 5:30PM . I would take her and my son home and return to work.*

*When she arrived to pick me up, (1:30-1:45) I told her what happened. I took her back to work, drove to my job and showed Yogi my damaged glasses. After a short conversation, he apologized and told me to go, get my glasses fixed, because I appeared to be upset. He said: "Take the day off and come back tomorrow.*

*On 8/24/16, I was given a written warning for coming to work without my glasses, by the safety manager, Jeff Inman per Yogi. When I was informed about the write-up, Jeff said he has to follow orders and that it was not his decision. He also said if he*

6

had to choose anyone to work   with, that he would choose me over anyone in the company.  Some have been there 5-10 years.  At that point, I had been there only 4 months.  He asked : "Are things were okay between us?"  I said:  "Yes. I know you have a job to do. We're cool!"

I damaged a rim on my tractor, knocking the air out of the tire.  I saw Randy, my night shift supervisor . I had to report the damage.  He was with Tommy.  They were waiting for the "That's it for tonight" call.  I pulled up and told the supervisor what happened with the truck.  He said: "Go park the truck, that's it for tonight."

If I remember correctly, it was 10/7/2016, that the incident happened.  Not having to work the weekend, when I returned to work on Monday, 10/9/16, my co worker, Tommy said: "Be careful, Randy is out to get you."  I said: "Why?"  He replied: "Because of what you did to the rim of your truck."  I asked: "What did he say?"  Tommy said:  "That night , after you left, we were looking at the damaged rim rim.  Randy said: "Look at what that stupid, fucking nigger did!  I'm  going to get rid of his black ass, like the other three niggers before him."  After telling me what Randy said, Tommy said:  "Just be cool and watch out for yourself."

Within a day or two of Tommy telling me what Randy said, I was told by the lead operations manager, Yogi: "Make sure that you are not taking too long of a lunch break and that you are not leaving work early, because Peterbuilt is watching."

When I leave for lunch or go home for the night, the only employees, (Randy, Tommy and sometimes the part-time guy,

7

*who I see every once in a while) are there. Randy is the only person who could make Yogi say something like that to me. I knew what was happening and that's when I filed my complaint with management, 10/13/16.*

*10/13/16, I told Yogi that Randy had been making racial comments about African Americans and Latinos. His response was: Mexicans live next door to him and they steal his chickens." I said: "And that gives him the right to make racial remarks?" I walked out of the trailer and went back to work. Maybe 30 minutes later, I was called back to the office and questioned about the comments make by Randy about the Black Lives Matter and how he was going to get rid of my black ass.*

*I was told by Yogi, that was not going to happen. I said: " After all these months of not missing any days of work, coming 30 minutes early, since day one; five months later, I start to hear things like, "If you are caught driving with your trailer doors open, you will be terminated, "on the spot." I have never returned from Orbis with my trailer doors open,  never left work early or took too long of a lunch break. This is coming from one person, your friend Randy. You guys are not here, when I take lunch or here to see if I'm driving with my trailer doors open or leave at the end of my shift. You have a racist supervisor, lying on me."*

*On 10/14/16, I arrived at work at my usual early time, 2PM. I was approached by Yogi and told that I could no longer come in early to start my shift. He said that I had to start my shift at 2:30PM, after being on the job for 5 months. He then told me to go inside the trailer and speak with the Safety Manager, Jeff*

8

*Inman, President, Brett Witt and Vice President Sonja Witt.*

*I was met at the door of the trailer, by Brett and Sonja, who introduced themselves and asked me to come in. Brett walked outside, leaving Jeff, Sonja and me, inside. The first thing that Sonja said to me was: "We need you to watch a racially sensitive video and sign off, that you were cooperative." I said: "I'm the one who filed the compaint, why would I need to watch a video? I know what you are doing! You are trying to make it appear that I am prejudice and you are going to use it against me." Sonja said: "We are here to get to the bottom of this and we need to know who told you about the comments made against you." I said: "Based on the way you are treating me, I know what is going to happen here, so; I am going to let an outside agency handle this." She said to Jeff: "He seems upset." Jeff responded: "He seems a little irritated." Sonja and her son, Brett, left and I was sent home because of my attitude.*

*On 10/17/16, I showed up for work at 2:30PM. After a couple of hours into my shift, my truck wouldn't start, after a delivery to Orbis. I called Yogi. He came and got my truck started. He said: "Take it back to Peterbuilt and I'll look at it tomorrow. Grab another truck for today."*

*On 10/18/16, when I arrived for work, my truck was already running. I walked into the office and saw Yogi and Jeff, inside. Yogi said: "There is a problem with the starter. Don't turn it off during your shift." (side note:Yogi is the Lead Mechanic and the only person allowed to work on the vehicles at the Peterbuilt sight, for Bestway.)*

*When I was leaving for the night, Jeff called and said: "I need*

9

*to talk to you." As we walked outside, he asked: "Are you wearing your seatbelt, when you drive off grounds to Orbis?" I said: "Yes! Even though it is a short distance, I can still get a ticket." He said: "Even worse, a head-on collision, like I had, not wearing my seat belt. I was lucky not to have flown through the windshield!" I said: "I'm good" and asked: "Did that really happen?" He said: "Yes, it did. If I were faster, it would have happened."*

*Not paying that remark, any mind, I went to work. At about 6:30 or 7:00PM, I was making a delivery to Orbis. I dropped my trailer, grabbed an empty trailer. I started to pull away from the dock door and my steering column was stuck in a position. I was unable to turn it, left or right. I stepped on the brake and the clutch, trying to turn it. It rolled forward a little bit. It released and it was working.*

*For a split second, I thought: "What was that!?" What came to mind, I thought, a power steering problem; maybe low on fluid. I drove back to Peterbuilt. Everything was fine, until about 10-10:30. I was coming back from Orbis to Peterbuilt with an empty trailer. I checked it in, found a spot for the empties, snaked it into position; put it in reverse and started backing up. I immediately felt a looseness in my steering wheel! It was too easy to turn! I stopped, turned the steering wheel to the right, then to the left. It felt normal. I started backing up again and felt, too much play in my steering wheel. I stopped and pulled my air brakes. I got out to see if something was under my truck. I looked from the driver's side door and saw nothing. I went to the front, bent over and saw one end of a bar on the ground, with a wet substance around it, on the ground. the substance*

10

*was dark, like oil, but not thick, just wet. The end of the bar had a fitting, like it held something with a ball shape.*

*Reluctantly, I tried to radio, the night shift supervisor, Randy. I got no answer. Tommy saw me standing in front of the truck, blocking the trailer area, where trucks park Peterbuilt's parts. He drove over and asked: "What happened?" I said: "Some bar fell on the ground, from under the truck." He looked and said: "You better go to Vegas!! You have no idea, how lucky you are!" I said: "Why?" He said: "That's your steering bar! If you would have been driving 20-25 mph, going to Orbis, around that curve, in front of Peterbuilt, you would have driven right into oncoming traffic or off the road and flipped over, whether you were going to Orbis or coming back! And this happened while you were backing the trailer in the slot! Dude! Who worked on your truck yesterday? Who filed a complaint for discrimination?"*

*I tried to call Randy. Tommy said: "He is on a different channel, call Yogi, instead. Take pictures! That's a part that just can't fall off. I work on my own cars. I am not a master mechanic, but, I know parts. Call Yogi and see what he says."*

*I called Yogi and told him that a bar that had to do with my steering, fell off. He asked where I was and if I could put it in the slot? He didn't ask what happened or how it happened or even, write it up. I found that unusual, because employees are responsible for 30% or up to $500.00 of the repair cost of damaged equipment. (company policy)*

*When I went home, it hit me: "Is that why Jeff asked me if I was wearing my seat belt?" I thought for a minute, earlier in*

11

the day, that Randy was trying to get me in trouble.

The night after the incident, I talked to Yogi and requested a day off, because the stress was getting to me.

10/19/16. I had the day off.

on 10/20/16, I returned to work. After a couple of hours into my shift, Tommy flagged me down and said: "Randy came to work, wearing a Confederate flag bandana, to upset you. Jeff walked up to Randy and said: "Are you stupid or something? Take it off or go home!"

To get confirmation of this, I went to the trailer and saw Jeff, the safety manager. I said: "With all of this racial drama, he wears a Confederateflag bandana to work!" Jeff shook his head in disbelief. He said: "Robert, I won't just give up information, but if I am asked, I will be a man and tell the truth."

10/21/16, when I arrived to work at 2:30, one of my co-workers, (Vince) from the AM shift; came up to me and told me that Sonja Witt was calling other employees, who I don't work with, asking them about my attitude and behavioer. He said: "I told her that you are a good worker, comes to work early everyday, until recently and has a good attitude."

A little while later, whenTommy came to work, he was called to the trailer. He was questioned to find out if he was the one who informed me about the racial comments that Randy made. Tommy told me that he said: "Stop, I know what this is about. Randy has been getting away with things, all kinds on things for a long time. Robert is the first one to stand up and fight back. If he needs me to testify in Court, I will and I walked out of the

12

*trailer."*

*About 30 minutes later, I was called to the trailer and terminated for insubordination and a few other things. Tommy and I, exchanged phone numbers. He said: "Call me, if you need me."*

13

## TO INCLUDE:

Tommy said, " A few days ago, you filed a complaint, the bar fell of the truck yesterday and who worked on your truck?  The bar fell off the truck, in reverse.

Platinum Drivers Inc.  (817)-704-0101 Bestway withheld work history for 2 months

Best Way Transportation, Inc. Employee Handbook (Copy of "non-discrimination" policy) attached.

Picture #1 shows one side of the bar connected with the cotter pin and the bolt.

Picture #2 shows the  other side of the bar, disconnected, with oil or some type of lubricant on it.

Compare the two: One side is dirty and grimy, with "caked on" dirt.

The picture #3 shows some type of lubricant and clean, like someone had to spray something on the cotter pin and the bolt, to loosen it, making it where it fell out at the end of my shift, as I was backing into a slot.

Whenever any accident occurs, it is to be reported, immediately.  On the day of the bar falling from under the truck, Yogi did not write up

14

*a report.*

*Enclosed: Letter of Termination*

*$500.00 Postal Money Order*

*Photos of the bar that holds the steering column.*

15

resides within the jurisdiction and venue of this court which gives this

court the authority to hear the case.

**III. PARTIES**

   3. **Plaintiff** Robert Story Jr. resides at 6005 Hamilton dr. Riverside CA 92506
   4. **Defendant** BEST WAY TRANSPORTATION INC ; BRETT WITT; SONJA WITT; MATT DILLON works at BEST WAY TRANSPORTATION defendants titles are BRETT WITT PRESIDENT, SONJA WITT VICE President, Matt Dillion Vice-President

**These defendants are sued in his/her individual capacity and official**

**capacity.**

These defendants were acting under the color of law because of there official

capacity inside the corporation.

**IV. STATEMENT OF FACTS**

Attachment pages 1-15.

**V. CLAIMS**

   1. Based on the elements contained in the statements of facts the defendant is liable to the plaintiff for racial discrimination as described in the initial point and authority in the first cause of action.
   2. Based on the second cause of action that it described in the plaintiffs second cause of action for wrongful termination against the plaintiff;
   3. The defendants and each of them, as described in plaintiffs' statement of facts are further liable to the plaintiff for the tort of Negligence;
   4. The plaintiff claims for the tort of intentional infliction of emotional distress is allegedly described in plaintiffs fourth cause of action.

**VI. REQUEST FOR RELIEF**

As a result of the clear and obvious tortuous activities of the defendant and each of them plaintiff prays judgment in the amount of $10,000,000,000.00 and any such other relief the court deems just and proper.

Respectfully Submitted,

Date: 7/1/2019

ROBERT STORY JR.

**CIVIL COMPLAINT**

- 2 -
